IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-03030-RPM-MJW

CANADIAN NATIONAL RAILWAY COMPANY,

    Plaintiff,

v.

CAPROCK PIPE & SUPPLY, INC.,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Upon review of the plaintiff's Status Report [11] in which plaintiff requests that this matter be dismissed as resolved, and considering the report as a dismissal under Fed.R.Civ.P. 41(a), it is

ORDERED that this civil action is dismissed.

DATED: May 12th, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge